## OLIVIERI ET AL., DEMANDANTES Y APELANTES, *v.* AGUILÚ, DEMANDADO Y APELADO.

No. 3296.—*Visto:* Mayo 28, 1924.  *Resuelto:* Julio 31, 1924.

*Injunction* PARA RECOBRAR LA POSESIÓN—JURAMENTO—CONTINUACIÓN DEL JUICIO SIN RESOLUCIÓN PREVIA DE IMPUGNACIÓN AL JURAMENTO DE LA CONTESTACIÓN—OBJECIÓN TARDÍA EN APELACIÓN.—En este caso de *injunction* para recobrar la posesión el demandante pidió sentencia sobre las alegaciones a causa de defectos en el juramento de la contestación, y la corte se reservó la resolución y continuó la celebración del juicio sin que el demandante tomara excepción. *Se resolvió:* que aunque la actuación de la corte no era recomendable, la objeción por primera vez en apelación, es tardía.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), desestimando demanda de injunction, con las costas.  *Confirmada sin costas.*

C. *Brunet,* abogado de los apelantes; *M. A. Rivera,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

La corte inferior, después de celebrado un juicio sobre los méritos del caso, desestimó la demanda en la cual se solicitaba de la corte se condenara al demandado a devolver a los demandantes la posesión material de la finca mediante injunction; y alegan ahora los apelantes que:

"1. La corte erró al no dictar sentencia en las alegaciones;

"2. La corte erró al apreciar la prueba y dictar una sentencia contraria a la evidencia y a la ley.

La moción solicitando se dictara sentencia sobre las alegaciones se fundaba en un juramento defectuoso en la contestación.  El demandado ofreció enmendar si la corte lo creía necesario y ciertamente procedió a verificar la enmienda antes de dictarse sentencia.  La corte inferior, en vez de resolver la moción cuando le fué presentada, se reservó su resolución y continuó la celebración del juicio.  Esa, por supuesto, no es una práctica recomendable, y asumiendo que el juramento era fatalmente defectuoso, la negativa de la corte a resolver la cuestión así planteada antes de continuar con la celebración del juicio, de haber sido excepcionada por

el demandante, probablemente hubiera dado lugar a la revocación de la sentencia. Pero el demandante no protestó ni tomó excepción a esa actuación de la corte, y la objeción al juramento enmendado que fué aceptado como suficiente por la corte inferior se presenta demasiado tarde al hacerse por primera vez en apelación.

Aceptando en pro del argumento que la teoría de los apelantes respecto a la ley en cuanto a otros aspectos del presente caso, es correcta, en términos generales, sin embargo un examen cuidadoso de la prueba no revela ningún error tan manifiesto en la apreciación de dicha prueba que justifique a esta corte en modificar la conclusión a que llegó el juez sentenciador, menos en lo que respecta a la imposición de costas. En vista de todas las circunstancias no encontramos en los autos ningún fundamento adecuado para el pronunciamiento en este sentido.

*Debe modificarse la sentencia apelada* de acuerdo con esta opinión y, *así modificada, confirmarse.*